**EXHIBIT**

**1**

**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-3157-D**

| | |
|---|---|
| BRANDON CASE, | ) |
| | ) |
| Plaintiff | ) |
| | )   **Declaration of Alison R. Leff** |
| v. | ) |
| | ) |
| BRANDON BEASLEY et al., | ) |
| | ) |
| Defendants. | ) |

I, Alison R. Leff, declare as follows:

1.    I am one of the attorneys for Plaintiff Brandon Case in the above-captioned case.

2.    I submit this declaration in support of Plaintiff's Statement of Undisputed Material Facts, filed concurrently with Plaintiff's Motion for Partial Summary Judgment.

3.    The document attached as **Exhibit 2** to Plaintiff's Statement of Materials Facts (the "PSOF") is a true and correct copy of the transcript of the deposition of Denise Jackson.

4.    The document attached as **Exhibit 3** to the PSOF is a true and correct copy of the transcript of the deposition of Kenny Custodio.

5.    The document attached as **Exhibit 4** to the PSOF is a true and correct copy of the transcript of the deposition of Brandon Beasley.

6.    The document attached as **Exhibit 5** to the PSOF is a true and correct copy of the transcript of the deposition of John Juehrs.

7.    The document attached as **Exhibit 6** to the PSOF is a true and correct copy of NCDPS Policy and Procedures C.1600.

8.    The document attached as **Exhibit 7** to the PSOF is a true and correct copy of the transcript of the deposition of Laquetta Hinton.

9. The document attached as **Exhibit 8** to the PSOF is a true and correct copy of the transcript of the deposition of Santita Wilkins.

10. The document attached as **Exhibit 9** to the PSOF is a true and correct copy of Brandon Case's witness statement about his attack, produced by Defendants in this lawsuit.

11. The document attached as **Exhibit 10** to the PSOF is a true and correct copy of the transcript of the deposition of Kassey Black.

12. The document attached as **Exhibit 11** to the PSOF is a true and correct copy of video footage showing Unit 2, D block, second floor on January 21, 2020, produced by Defendants in this lawsuit.

13. The document attached as **Exhibit 12** to the PSOF is a true and correct copy of video footage showing Unit 2, D block, first floor on January 21, 2020, produced by Defendants in this lawsuit.

14. The document attached as **Exhibit 13** to the PSOF is a true and correct copy of the email I sent to Kenny Custodio's counsel on August 26, 2022 serving requests for admission on Custodio, and the requests for admission.

15. The document attached as **Exhibit 14** to the PSOF is a true and correct copy of the expert report of Kenya M. Williams, MD, served by Plaintiff in this lawsuit on February 27, 2023.

16. No defendant has answered the Amended Complaint or asserted any affirmative defenses.

17. Defendants served no written discovery on Case or any third-party.

18. Defendants noticed no depositions in this case.

19. Defendants have not disclosed any expert witness in this case.

20.     Kenny Custodio failed to respond to requests for admission served on him under Federal Rule of Civil Procedure 36 on August 26, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2023

By: /s/ Alison R. Leff