**EXHIBIT 14**

# Chicago Oculofacial Consultants
### Ophthalmic and Facial Plastic Surgery
### Kenya M Williams MD



*Millennium Park*
*30 N. Michigan Ave.*
*Suite 1429*
*Chicago, IL 60202*
*o 312.392.1429*

February 27, 2023

Alison R. Leff, Esq.
The Civil Rights Group, LLC
2045 W Grand Ave, Ste B, PMB 62448
Chicago, IL 60612
alison@civilrightsgroup.com

> Re: Expert Report of Kenya M. Williams, MD
> *Case v. Beasley*, No. 5:12-ct-03157-D (E.D.N.C.)

Dear Ms. Leff,

I was asked by counsel for Mr. Brandon Case to review his medical records and provide my professional medical opinion regarding the events surrounding his alleged assault in the prison, followed by the complications that have ensued since the incident.

In reviewing this case I have considered the following information, provided to me by Mr. Case's counsel:

- Duke University Hospital medical records
- CT images
- Video of the assault
- Medical records from an outpatient visit with Dr. Indravada S. Galiwala, a neurologist at Neurology Center of Lumberton
- Prison medical records
- Plaintiff's counsel's notes regarding interview with Mr. Case

## BACKGROUND AND QUALIFICATIONS

In reaching my medical opinions in this case, I relied upon my medical education and my clinical experience as a practicing board-certified ophthalmologist and fellowship-trained oculoplastic surgeon. I am currently an Assistant Professor in the Department of Ophthalmology and serve as the Section Director in the Department of Ophthalmology at Rush University Medical Center. I also have appointments as an Assistant Professor in the Department of Surgery, Division of Plastic and Reconstructive Surgery as well as the Department of Otolaryngology at Rush University Medical Center. As noted in my CV (attached), I received my medical school degree from Rosalind Franklin University of Medicine and Science, The Chicago Medical School in 2002. My post-graduate education and training began with an internship at Evanston Northwestern Hospital

## Chicago Oculofacial Consultants
Ophthalmic and Facial Plastic Surgery
Kenya M Williams MD



Millennium Park
30 N. Michigan Ave.
Suite 1429
Chicago, IL 60202
o 312.392.1429

followed by a residency in Ophthalmology at SUNY Downstate Medical Center in Brooklyn, New York. After residency, I completed a fellowship in oculoplastic and orbital surgery at Allegheny General Hospital in Pittsburgh, PA.

In my current clinical practice of oculofacial surgery, I evaluate and treat patients who have sustained orbital trauma and commonly work very closely with craniofacial, oral maxillofacial surgeons as well as otolaryngologists to provide a team approach for our patients.

This report is my first testimony/expert opinion.

I am compensated for expert review work at the following fee schedule:
- Material Review and written reports: $350 per hour
- Deposition: $500/hour
- Testimony: $750/hour (Minimum of 4 hours)

**MEDICAL HISTORY**

Mr. Brandon Case, DOB 5/24/1988, presented to Duke University Hospital (DUH) Emergency Department after an assault at Central Prison in Raleigh, North Carolina on 1/21/2020. He described the incident as being hit by a lock in the face after walking down a stairwell.

At the time of his presentation to the hospital, he complained of facial pain, swelling, a headache, and right sided numbness. He arrived after being evaluated Central Prison Urgent Care with radiologic studies that were performed prior to arrival to DUH. Those images were reviewed however, a CAT scan was also performed at DUH while he was in the Emergency Department. A small lip laceration was noted on exam in addition to bruising and swelling under both eyes. The repeat CAT scan identified a nasal bone fracture and Le Fort II facial fractures on both sides of his face (see diagram). He was subsequently admitted to repair the facial fractures. Other than complaints of pain while awaiting surgery, the remainder of Mr. Case's preoperative course was unremarkable.



LeFort II fracture

> The red lines represent the pattern of a Le Fort II fracture.



Surgery was performed on 1/23/2020.  During surgery, he underwent treatment of the right nasal bone fracture and fractures of both malar areas with metal implants.  The operative reports reveals that the following procedures were performed:

- Closed treatment of nasal bone fracture with stabilization, bilateral
- Open treatment of complicated fracture of malar area including zygomatic arch and malar tripod with internal fixation and multiple surgical approaches, right
- Stereotactic computer-assisted procedure, bilateral
- Open reduction internal fixation of Le Fort II fracture, bilateral

The details of surgery are outlined below:

- Mr. Case was placed under general anesthesia (a breathing tube placed into his airway and into the lungs).
- Stereotactic computer assisted navigation was set up to assist with verification of anatomical landmarks during surgery.
- A scalpel was used to make an incision in the right upper eyelid to gain access to the eye socket.  Cautery and specialized instruments were used to dissect in order to visualize the broken bones under and around the eye.
- Due to the location of the bones and multiple areas that the bones support, an additional approach from below was undertaken.
- Next, an incision was made in his mouth in the upper gums.
- This area was also dissected with cautery and specialized instruments to visualize the fractured bones.
- During the visualization of the area from below "significant structural injury of the right infraorbital nerve due to compression" was noted.
- Metal plates and screws were placed on both sides to stabilize the bone and repair the fracture. (see blue arrows)
- An additional metal plate was placed on the right side on the area near the right temple.  (see orange arrow)

## Chicago Oculofacial Consultants
Ophthalmic and Facial Plastic Surgery
Kenya M Williams MD



Millennium Park
30 N. Michigan Ave.
Suite 1429
Chicago, IL 60202
o 312.392.1429



These radiological images were taken after surgery and confirm placement of the metal plates and screws.

- The eyelid tissue and skin was sutured closed.
- The nasal bone fracture was repaired without metal hardware. Using specialized instruments through the nose using the "application of force" the broken bones were aligned back in place.
- A stent was placed on the skin nose to stabilize that repair.
- Lastly, the incision in the mouth was closed with sutures.

There were no complications or unexpected events during the surgery. The breathing tube was removed, and Mr. Case went to the recovery room in good condition. There were three surgeons in the team who performed his surgery and the surgery lasted 2 hours and 55 minutes. Mr. Case's hospital postoperative course was unremarkable. He continued to complain of pain despite the administration of multiple analgesics. He was discharged back to Central Prison in Raleigh, North Carolina on 1/24/2020.

After surgery Mr. Case was seen by the prison physician and complained of pain. He also complained of transient photophobia, which is eye irritation from bright lights. He returned to DUH for postoperative follow-up on 2/26/2020, 6/17/2020, and 12/30/2020 with continued, persistent complaints of pain. At the 12/30/2020 visit, the physician recommended continued follow-up with neurology for management of chronic facial pain as well as a follow-up appointment with a dental provider for refabrication of his dentures due to malocclusion. On 10/16/2020, he was evaluated by the neurologist, Dr. Galiwala, for chronic post-operative facial pain, who diagnosed him with trigeminal neuralgia.

Prior to admission to DUH, Mr. Case has a past medical history of back pain, Hepatitis C, post-traumatic stress disorder, overactive bladder, hernia, sciatica, headaches, anxiety, and depression. While he does have multiple preexisting chronic medical conditions,

# Chicago Oculofacial Consultants
Ophthalmic and Facial Plastic Surgery
Kenya M Williams MD


Millennium Park
30 N. Michigan Ave.
Suite 1429
Chicago, IL 60202
o 312.392.1429

there is nothing in Mr. Case's medical history that suggests he would have a shorter than average life expectancy.

**OPINION STATEMENT**

Mr. Case is likely to suffer from some level of chronic facial pain from trigeminal neuralgia for the rest of his life. Pain from trigeminal neuralgia typically lasts seconds to minutes, is intense and commonly described as sharp with shooting and stabbing qualities. Typically, the pain is triggered by innocuous stimuli within the affected trigeminal territory (see diagram).



> The trigeminal nerve is seen as it travels from the area in front of the ear and branches out to its target tissue. The area in red labeled "pain" corresponds to the area of pain that Mr. Case is experiencing as well as the branch of the nerve that was damaged and is responsible for the pain.

The pain that he is complaining of is consistent with trigeminal neuralgia due to severe nerve injury from the attack. Nerve damage from facial fractures in the bones below the eye socket often results in injury to the nerve. However, in many cases the nerve recovers and symptoms improve or resolve completely. In some cases, nerve damage is permanent, and the symptoms of pain and abnormal sensations persist. Trigeminal neuralgia is a chronic neurological condition that is characterized by severe intermittent pain that is often triggered by a variety of stimuli. It is a debilitating disease with a high prevalence of depression and anxiety. Nerve damage from facial fractures is common and very consistent with my clinical experience.

Facial fractures are commonly described using the Le Fort classification system. Le Fort fractures most frequently result from high-speed deceleration crashes in which the midface or maxilla strike a stationary object (dashboard, pavement). The fractures may also be produced by striking the face with a blunt, rigid object (tire iron, baseball bat or fist). Based on my review of the video of Mr. Case's attack and the radiologic images, Mr. Case likely suffered the fractures from being struck by his attacker's fist and/or from his

## Chicago Oculofacial Consultants
Ophthalmic and Facial Plastic Surgery
Kenya M Williams MD



Millennium Park
30 N. Michigan Ave.
Suite 1429
Chicago, IL 60202
o 312.392.1429

face striking the wall during the attack.  (The video shows that the attacker was empty-handed during the attack, contrary to Mr. Case's impression that he was hit with a lock.) A Le Fort II fracture is a pyramidal shaped fracture along the nose, involving the outer and lower aspect of the eye socket, and causes separation of the bones of the midface from the bone of the skull base.

Vital neurovascular structures traverse through and across the bones of the skull and face as they reach their target muscles and soft tissue.



This diagram demonstrates nerves (seen here in yellow) traveling through *intact* bone to the target tissue.

When the bones of the skull are subjected to trauma from mechanical forces, as seen in the video of Mr. Case's attack, significant tissue damage compromises the neurovascular structure and function.  While multiple mechanical forces often contribute to tissue damage, compression forces typically produce the greatest degree of tissue damage which also complicates wound repair and healing.  Compression forces occur when a structure is crushed towards a body part.  During the repair of Mr. Case's facial fractures, the surgeon visualized and noted evidence of "significant structural injury of the right infraorbital nerve due to compression." (see diagram)





This diagram shows a branch of the trigeminal nerve (yellow) traveling through the bones of the eye socket. With a *fracture* as seen here the nerve can easily be injured/compressed from a fracture.

Upon traumatic injury of the nerve, abnormal sensation and pain typically starts. Over the next 6 to 12 months the nerve is expected to heal (regrow/regenerate). In some cases, due to the type and amount of nerve damage that has occurred nerve repair/regeneration is not possible. As a result, even after 6 to 12 months, the pain may never fully resolve. In this subset of patients with chronic, refractory nerve pain, abnormal sensations (numbness and tingling) also persist.

Since Mr. Case is well outside of the expected 1-year timeframe for recovery, it is highly unlikely that his pain will resolve spontaneously. Therefore, medical therapy and/or surgical treatment is required. Mr. Case has tried and failed multiple medications for general pain relief as well as neuropathic pain (Neurontin, Lyrica, Depakote, Amitriptyline, and Tegretol, Ibuprofen, Tylenol). As a result, he has been taking Tramadol, a narcotic, which reduces but does not fully resolve his pain. Therefore, surgery might be the next option to consider. Surgical intervention for trigeminal neuralgia might include percutaneous radiofrequency coagulation, trigeminal rhizotomy and/or microsurgical vascular decompression of the trigeminal root in the brain stem. Surgical treatment for trigeminal neuralgia is normally performed by a neurosurgeon.

Radiosurgery for trigeminal neuralgia is a procedure that delivers precise, controlled beams of radiation to targets inside the skull, including the brain and associated nerves. The treatment does not target the root cause of trigeminal neuralgia, but instead damages the trigeminal nerve to stop the transmission of pain signals. The procedure provides significant pain control or reduction in approximately 80+% of patients. Pain relief can begin as early as 4 to 6 weeks posttreatment; however, some patients require as much as 3 to 8 months for the full response and may need supplemental pain medication.

## Chicago Oculofacial Consultants
Ophthalmic and Facial Plastic Surgery
Kenya M Williams MD



Millennium Park
30 N. Michigan Ave.
Suite 1429
Chicago, IL 60202
o 312.392.1429

Another option is a trigeminal rhizotomy (can also be called ablation or neurotomy) which is a minimally invasive surgical procedure to remove sensation from a painful nerve by killing nerve fibers responsible for sending pain signals to the brain. The nerve fibers can be destroyed by severing them with a surgical instrument or burning them with a chemical or electrical current. In most cases, rhizotomy provides immediate pain relief that can last up to several years until the nerve recovers and is able to transmit pain again. Finally microvascular decompression was also mentioned as an option. Microvascular decompression is a procedure performed by a neurosurgeon on the trigeminal nerve accessed through a small drill hole in the skull.

Research has shown that pain from trigeminal neuralgia can be reduced by or resolve after surgery. But even with surgery, return of pain is well documented.

Given his previous failure of medical therapy, past medical history of depression, and PTSD, it is unlikely that his pain will ever completely resolve and may actually worsen due to his complex medical history. Mr. Case's pain is located on both sides of his face and is constant but exacerbated by touch, eating, chewing, drinking, and brushing his teeth. Given that his pain is present constantly, and many of his triggers are unavoidable, I expect those triggers to exacerbate the pain an additional 5 to 6 times per day.

In addition, there is a well-recognized and complex relationship between trigeminal neuralgia, chronic pain, and depression that often requires a multidisciplinary approach in order to improve the efficacy of treatment and quality of life. This is because suffering from trigeminal neuralgia and chronic pain often causes patients to become depressed or exacerbates depression and anxiety in patients who suffered from those conditions before the new injury that caused trigeminal neuralgia. As it appears from Mr. Case's medical records that he has a history of anxiety and depression, he may require mental health treatment as part of his recovery.

Lastly, complicating the situation further, the facial fractures resulted in broken dentures creating a subsequent problem. Optimization of oral health is critical to maintaining one's overall health and well-being. In addition to pain with oral intake, poorly fitting or the inability to wear dentures has a large impact on Mr. Case's weight and nutritional status. Accordingly, Mr. Case is facing multiple challenges in the treatment of his trigeminal neuralgia which is another reason that I do not expect his pain to ever resolve fully.

Sincerely,

Kenya M. Williams, MD

# KENYA M WILLIAMS MD

kenya_williams@rush.edu
312.622.7320

| | |
|---|---|
| Previous married name | Kenya S. Gentle |
| Maiden name | Kenya M. Williams |

## ADDRESS

Office

Chicago Oculofacial Consultants
30 North Michigan Avenue
Suite 1429
Chicago, IL 60602

Chicago Oculofacial Consultants
Rush University Medical Center
1725 W. Harrison Street
Suite 910
Chicago, IL 60612

Chicago Oculofacial Consultants
Smile Suite
2422 Main Street
Evanston, IL 60202

Home

3949 South Ellis Avenue
Chicago, IL 60653

## EDUCATION

08/1990 - 05/1994      B.A., Psychology, Spelman College, Atlanta, GA

08/1998 - 05/2002      M.D., Rosalind Franklin University of Medicine and Science/The Chicago Medical School, North Chicago, IL

## POSTGRADUATE TRAINING AND FELLOWSHIP

07/2002 - 06/2003      Intern, Internal Medicine, Northwestern University Affiliated Hospitals, Evanston, IL

07/2003 - 06/2006      Resident, Ophthalmology, State University of New York, Brooklyn, NY

07/2006 - 06/2007      Fellow, Oculoplastics, Orbit and Neuro-Ophthalmology, Drexel University Affiliated Hospitals, Allegheny General Hospital, Pittsburgh, PA

# KENYA M WILLIAMS MD
kenya_williams@rush.edu
312.622.7320

## FACULTY/HOSPITAL APPOINTMENTS

| | |
|---|---|
| 08/2007 – 06/2013 | Ophthalmologist, Department of Surgery, Kishwaukee Community Hospital, d/b/a Hauser-Ross Eye Institute, Sycamore, IL |
| 11/2010 – 04/2013 | Volunteer Physician, Department of Surgery, Division of Ophthalmology, John H. Stroger Jr. Hospital of Cook County, Chicago, IL |
| 04/2013 – 04/2022 | Consulting Physician, Department of Surgery, Division of Ophthalmology, John H. Stroger Jr. Hospital of Cook County, Chicago, IL |
| 08/2013 – 06/2017 | Learning Community Mentor, Rosalind Franklin University of Medicine and Science/The Chicago Medical School, North Chicago, IL |
| 03/2014 – present | Assistant Professor, Department of Surgery, Rosalind Franklin University of Medicine and Science/The Chicago Medical School, North Chicago, IL |
| 04/2016 – present | Assistant Professor, Department of Ophthalmology, Rush University Medical Center, Chicago, IL |
| 04/2019 – present | Assistant Professor, Department of Surgery, Division of Plastic and Reconstructive Surgery, Rush University Medical Center, Chicago, IL |
| 06/2019 – present | Section Director, Oculoplastics, Department of Ophthalmology, Rush University Medical Center, Chicago, IL |
| 07/2019 – present | Faculty Diversity Committee, Medical College, Rush University Medical Center, Chicago, IL |
| 08/2019 – present | Medical Student Faculty Advisor, Medical College, Rush University Medical Center, Chicago, IL |
| 01/2022 – present | Consulting Physician, NorthShore University HealthSystem, Department of Surgery, Evanston, IL |
| 08/2022 – present | Assistant Professor, Department of Otolaryngology, Rush University Medical Center, Chicago, IL |

## HOSPITAL/SURGICAL CENTER STAFF PRIVILEGES

| | |
|---|---|
| 08/2007 - 06/2013 | Kishwaukee Community Hospital, DeKalb, IL |
| 11/2007 - 6/2013 | Kindred Hospital, Sycamore, IL |
| 11/2010 - 04/2022 | John H. Stroger Jr. Hospital of Cook County, Chicago, IL |
| 01/2011 - 06/2013 | Midlands Surgical Center, Sycamore, IL |
| 09/2013 - 03/2015 | Rockford Ambulatory Surgery Center, Rockford, IL |
| 09/2013 - 06/2021 | AmSurg Surgery Center, Joliet, IL |
| 10/2013 - 08/2014 | Algonquin Road Surgery Center, Lake in the Hills, IL |
| 12/2013 - 08/2018 | Northwestern Medicine, Delnor Hospital, Geneva, IL |
| 12/2013 - 06/2021 | Center for Minimally Invasive Surgery, Mokena, IL |
| 01/2014 - 09/2014 | Advocate Sherman Hospital, Elgin IL |
| 01/2014 - 07/2021 | Silver Cross Hospital, New Lenox, IL |
| 04/2016 - present | Rush University Medical Center, Chicago, IL |
| 03/2017 - 04/2022 | Provident Hospital of Cook County, Chicago, IL |
| 08/2017 - present | Rush Surgicenter, Chicago, IL |
| 08/2018 - 07/2021 | Silver Cross Hospital Surgery Center, New Lenox, IL |
| 08/2018 - 08/2020 | Presence Saint Mary and Elizabeth Medical Center, Chicago, IL |
| 03/2021- present | North Shore Surgical Center |

# KENYA M WILLIAMS MD

kenya_williams@rush.edu
312.622.7320

## CERTIFICATIONS AND LICENSURE

|  | Issue Date | Expiration |
|---|---|---|
| American Board of Ophthalmology | 06/2020 | 06/2030 |
| Illinois State License | 05/2020 | 07/2023 |

## AWARDS AND HONORS

| | |
|---|---|
| 01/2000 | Award for Academic Excellence in Medicine, National Medical Fellowship |
| 03/2001 | Scholarship Recipient, Cook County Physicians Association |
| 06/2002 | Deans Award for Outstanding Service, Rosalind Franklin University of Medicine and Science/The Chicago Medical School |
| 06/2011 | Teaching Award, Department of Surgery, John H. Stroger Jr. Hospital of Cook County |
| 04/2014 | Medical Student Mentor Award, Rosalind Franklin University of Medicine and Science/The Chicago Medical School |

## PROFESSIONAL SOCIETIES

| | |
|---|---|
| 05/2004 - present | American Academy of Ophthalmology |
| 07/2011 - 03/2015 | North American Neuro-Ophthalmology Society |
| 12/2012 - present | Chicago Ophthalmological Society |
| 12/2012 - present | Illinois Society of Eye Physicians and Surgeons |
| 05/2018 - present | North American Society of Academic Orbital Surgeons |

## RESEARCH

| | |
|---|---|
| Title | The study of pneumocystis carinii and its cell cycle. |
| Sponsor | NIH |
| Role | Summer Research Fellow, Mayo Clinic, Rochester, MN |
| Dates | 06/1999 - 08/1999 |

| | |
|---|---|
| Title | Ocular blood flow in patients with sickle cell disease and trait. |
| Sponsor | National Eye Institute |
| Role | Clinical data collection, SUNY Downstate Medical Center, Brooklyn, |
| Dates | NY   12/2004 - 06/2005 |

| | |
|---|---|
| Title | Estimating BOTOX® (onabotulinumtoxinA) and BOTOX® Cosmetic (onabotulinumtoxinA) Patterns of Use in the United States by Medical Specialty, Indication for Use and Patient Age |
| Sponsor | Allergan |
| Role | Site Principal Investigator (multi-center investigative team) |
| Dates | 10/2010 - 12/2010 |

| | |
|---|---|
| Title | A review of homeopathic *Arnica montana* for ecchymosis and edema. |
| Role | Principal Investigator |
| Dates | 03/2015 - 12/2015 |

| Title | Diabetes and Elective Eyelid Surgery: A 12-year analysis of surgical complications |
|---|---|
| Role | Principal Investigator |
| Dates | 06/2019 – current |

| Title | Vertical Lid Split versus Lateral Canthotomy and Cantholysis for Orbital Compartment Syndrome: a Multi-Centered Survey Study Across Ophthalmologists and Emergency Medicine Physicians |
|---|---|
| Sponsor | |
| Role | Site Investigator |
| Dates | 10/2021 – current |

| Title | A 10-Year Retrospective Analysis of the Specialties and Methods Involved in the Treatment of Eyelid Laceration |
|---|---|
| Role | Investigator |
| Dates | 10/2021 – current |

## INVITED LECTURES

| 04/2008 | Continuing Medical Education, Oculoplastics: A Review for the Non-Ophthalmologist, Kishwaukee Community Hospital, DeKalb, IL |
|---|---|
| 01/2011 | Continuing Education for Optometrists, Eyelid Lumps, Bumps and Malpositions, Kishwaukee Community Hospital, DeKalb, IL |
| 01/2012 | Continuing Education for Optometrists, Oculoplastics: An Overview, Kishwaukee Community Hospital, DeKalb, IL |
| 05/2012 | Continuing Medical Education, Ocular Trauma, Kishwaukee Community Hospital, DeKalb, IL |
| 02/2013 | Continuing Medical Education, Conjunctivitis, Kishwaukee Community Hospital, DeKalb, IL |
| 03/2013 | Ophthalmic Technicians Lecture, Oculoplastics: The Fundamentals, IAO/COS Annual Meeting, Rosemont, IL |
| 07/2013 | Oculoplastics Symposium, Snip Punctoplasty, National Medical Association Annual Convention, Toronto, CA |
| 01/2014 | Orbital Dissection Course, Resident Education Series, Orbital Trauma, Rush University Medical Center, Chicago, IL |
| 01/2014 | Continuing Education for Optometrists, Eyelid Lumps, Bumps and Malpositions, Lemont, IL |
| 03/2017 | Continuing Education for Optometrists, Eyelid Lumps, Bumps and Malpositions, Lemont, IL |
| 03/2018 | Illinois Society of Eye Physicians and Surgeons, Where the Lid Meets the Globe, Rosemont, IL |
| 04/2018 | Plastic Surgery Fellow Conference, Eyelid Reconstruction, RUMC, Chicago, IL |
| 05/2018 | Rush Update in Otolaryngology, Post-Mohs Reconstruction Panel, Chicago, IL |
| 04/2019 | Teaching Residents, NASAOS Annual Conference, Orlando, FL |
| 10/2019 | The Lacrimal System, CCO Resident Lecture Series, Chicago, IL |
| 10/2019 | Rush Update in Otolaryngology, Post-Mohs Reconstruction Panel, Chicago, |

# KENYA M WILLIAMS MD

kenya_williams@rush.edu

312.622.7320

| | |
|---|---|
| 03/2021 | Teaching Surgery to Residents While Remaining Efficient, NASAOS Annual Conference, Virtual |
| 10/2021 | Evaluation of the Patient with Ptosis, The Learning Lounge, American Academy of Ophthalmology, New Orleans, LO |
| 02/2022 | Patient Case Presentation, NASAOS, National Meeting, Snowbird, UT |
| 04/2022 | Diversity, Equity and Inclusion in Oculoplastic Surgery, NASAOS, Annual Meeting, Houston, TX |
| 04/2022 | Teaching Surgery to Residents While Remaining Efficient, NASAOS Annual Meeting, Houston, TX |

## COMMUNITY PRESENTATIONS

| | |
|---|---|
| 01/2009 | Want to Give Your Look a Lift?, Kishwaukee Community Hospital |
| 02/2009 | Want to Give Your Look a Lift?, Kishwaukee Community Hospital |
| 03/2009 | Want to Give Your Look a Lift?, Kishwaukee Community Hospital |
| 07/2009 | How to Refresh Your Look, Kishwaukee Community Hospital |
| 08/2009 | Examining Eyelid Surgery, Kishwaukee Community Hospital |
| 10/2009 | How to Refresh Your Look, Kishwaukee Community Hospital |
| 11/2010 | How to Refresh Your Look, Kishwaukee Community Hospital 03/2012 Facial Rejuvenation: Minimally Invasive Techniques, Kishwaukee Community Hospital |

## RESIDENT MENTORING

| | |
|---|---|
| 01/2011 - 05/2012 | Peter MacIntosh MD, Resident, John H. Stroger Jr. Hospital of Cook County |
| 06/2012 - 06/2014 | Paul Phelps MD, Resident, John H. Stroger Jr. Hospital of Cook County |
| 06/2013 - 06/2015 | Douglas Dworak MD, Resident, John H. Stroger Jr. Hospital of Cook County |
| 06/2014 - 06/2016 | Timothy Ekhlassi MD, Resident, John H. Stroger Jr. Hospital of Cook County |
| 07/2015 - 06/2017 | Jenell Jackson MD, Resident, John H. Stroger Jr. Hospital of Cook County |
| 07/2016 - 06/2018 | Krishna Patel MD, Resident, John H. Stroger Jr. Hospital of Cook County |
| 08/2020 - present | Kajal Sangal MD, Resident, John H. Stroger Jr. Hospital of Cook County |

## MEDICAL STUDENT MENTORING

| | |
|---|---|
| 08/2013 - 06/2017 | Class of 2017, Rosalind Franklin University of Medicine and Science/The Chicago Medical School |
| Minority Ophthalmology Mentoring Program | |
| 11/2017 - 06/2019 | Manuela Gutierrez, Wake Forest School of Medicine |
| 09/2019 - 12/2021 | Nohamin Ayele, Loyola Stritch School of Medicine |

## UNDERGRADUATE MENTORING

| | |
|---|---|
| 06/2020 – 07/2021 | Aliya Brooks, Spelman College |
| 07/2022 – present | Grace Staes, Cornell University |

## VOLUNTEER ACTIVITIES

| | |
|---|---|
| 06/2011 | EyeSmart EyeCheck Screening Project, Chicago, IL |
| 09/2015 | Blind Sailing Worlds and International Championship, Chicago, IL |
| 01/2016 | Ophthalmology Mission, CRUDEM Organization, Milot, Haiti |

# KENYA M WILLIAMS MD

kenya_williams@rush.edu

312.622.7320

## PUBLICATIONS

1. Woods, A, Krunic A, **Williams KM**. Combination Treatment of Bilateral Periocular Sebaceous Carcinomas with Microsatellite Instability with Neoadjuvant Pembrolizumab and Mohs Surgery. *Australasian Journal of Dermatology*. Forthcoming doi: 10.1111/ajd.13919

2. Bolton, N, Guschin, A, **Williams KM**. Acquired Third Nerve Palsy. *Dis Mon* 2021 May; 67(5): doi: 10.1016/j.disamonth.2021.101131

3. Phelps PO, **Williams KM**. Thyroid eye disease for the primary care physician. *Dis Mon* 2014 Jun; 60(6): 292-298.

4. Phelps PO, Seagrave Z, **Williams KM**. Blastomycosis in the Eyelid of a Native Chicagoan. *Ophthalmology* 2015 May;122 (5):1015.

5. Ekhlassi TA, **Williams KM**. Blepharitis. In: Sherman SC, *Atlas of Clinical Emergency Medicine*. Baltimore: Lippincott, Williams and Wilkins, 2015:45.

6. Ekhlassi TA, **Williams KM**. Periorbital (Preseptal) Cellulitis. In: Sherman SC, *Atlas of Clinical Emergency Medicine*. Baltimore: Lippincott, Williams and Wilkins, 2015:67.

7. Kawsu B, **Williams KM,** Jackson, J. The Tearing patient. *Dis Mon* 2016 Dec; S0011-5029(16)30084-0. doi: 10.1016/j.disamonth.2016.10.003.

## ABSTRACTS

1. **Gentle KS**, Anderson-Nelson SA, Benjamin M, Gieser JP. A Case of Macular Hole Formation after Laser-assisted in Situ Keratomileusis on a Patient with a Presumed Posterior Vitreous Detachment. Accepted for publication by Retina 07/2001.

2. Bowman S, Kang I, Goren E, Wilson D, Adler J, McInerny P, **Starks K**, Everett M, Lester J, Roberts R. Identifying Characteristics of an Ideal Physician. ACEP Conference, October 2000.

3. Bowman S, Kang I, Goren E, Wilson D, Adler J, McInerny P, **Starks K**, Everett M, Lester J, Roberts R. Physician Assessment of Learnability and Professional Progress. ACEP Conference, October 2000.

4. Uppal M, Murphy T, **Williams, KM,** Analysis and Stratification of the Treatment of Traumatic Eyelid Laceration: A 10-Year Investigation. ARVO Conference, April 2022