| | | |
|---|---|---|
| BRANDON CASE, | ) | |
| | ) | |
| Plaintiff, | ) | **RESPONSE TO ORDER [D.E. 72]** |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON BEASLEY, ERIC | ) | |
| URIETA, KENNY CUSTODIO, and | ) | |
| UNKNOWN EMPLOYEES OF THE | ) | |
| STATE OF NORTH CAROLINA, | | |
| | | |
| Defendants. | | |

NOW COMES Defendants Bandon Beasley, Eric Urieta and Kenny Custodio (hereinafter "Defendants"), by and through undersigned counsel, and hereby submits this Response to the Court's Order entered December 8, 2023 [D.E 72] In support of this Response, Defendants state as follows:

## Introduction

On December 8, 2023, the Court entered an Order to Show Cause why the Court should not strike Defendant's Motion for Summary Judgement for not filing a separate state of material facts or an appendix of exhibits as required by Local Civil Rule 56.1. [D.E.72] On December 12, 2023, the Court entered a second Order graciously allowing the parties until January 26, 2024, to file renewed motions for summary judgment which comply with the court's local rules. [D.E.73]

The Defendants' Motion for Summary Judgment should not be stricken

1

because the error was inadvertent, not made in made in bad faith and the deadline for filing summary judgment motions has been extended to January 26, 2024.

## Factual and Procedural Background

Plaintiff, a state inmate, filed his Complaint on June 7, 2021, through his counsel, alleging various violations of his rights pursuant to 42 U.S.C § 1983. (D.E. 1). On June 9, 2021, this Court issued an order that the claims are not clearly frivolous and allowed the matter to proceed [D.E. 8] On September 13, 2021, Defendants Beasley and Urieta filed an Answer and raised defenses as to plaintiff's Complaint. [D.E. 15] The parties have conducted substantial written and oral discovery. On December 12, 2023, the Court entered an Order granting defendants' motion to deem their answer timely filed and to withdraw or amend Custodio's answers to plaintiff's request for admission. The Court also set the deadline until January 26, 2024 to filed renewed motions for summary judgment. [D.E. 73]

## Argument

## The Motion for Summary Judgment Should Not Be Stricken

Undersigned Counsel strives to comply with all local rules when filings are made with the Court. Undersigned Counsel humbly recognizes now after the Court has brought it to his attention that the motion for summary judgment did not comply with the local rules for not filing a separate state of material facts or an appendix of exhibits as required by Local Civil Rule 56.1. These inadvertent omissions were not intentional and not done in bad faith.

Undersigned Counsel's litigation load was heavy at this time, and the

2

undersigned readily admits to an oversight regarding the local rules. The undersigned should have complied with the local rules but failed to do so. This mistake was not intentional, but rather was an inadvertent error.

On December 12, 2023, the Court entered a second Order graciously allowing the parties until January 26, 2024, to file renewed motions for summary judgment which comply with the court's local rules. [D.E.73]

It was also never undersigned counsel's intent to offend the Court. The inadvertent failure was owing to a heavy litigation workload during that time and was not done in bad faith.

## Conclusion

For the foregoing reasons, the Defendants' Motion for Summary Judgment should not be stricken.

This the 5th day of January, 2024.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/Bryan G. Nichols
Bryan G. Nichols
Special Deputy Attorney General
N.C. State Bar No. 42008
N.C. Department of Justice
Public Safety Section
9001 Mail Service Center
Raleigh, North Carolina 27699-9001
Telephone: (919) 716-6568
Facsimile: (919) 716-6761
E-Mail: bnichols@ncdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the following with the

Clerk of the Court using the CM/ECF system.

Alison R. Leff, Esq.                      G. Christopher Olson
Law Office of Thomas R. Kayes, LLC        Olson Law, PLLC
2045 W Grand Ave., Suite B, PMB 62448     514 Daniels Street, #136
Chicago, IL 60612                         Raleigh, NC 27605
*Attorneys for Plaintiff*                 *Attorneys for Plaintiff*

This the 5th day of January, 2024.

/s/Bryan Nichols
Bryan Nichols
Assistant Attorney General

4